IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SANTONIO TURNER                                                                                       PETITIONER

v.                                              NO. 5:14CV00085 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                            RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1] The motion to dismiss filed by respondent Ray Hobbs is granted. *See* Document #6. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Santonio Turner is dismissed. All requested relief is denied, and judgment will be entered for Hobbs. A certificate of appealability is denied. *See* Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 15th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The State contends that Judge Young was unduly generous to Turner in his assessment of when the statute of limitations ran. Because those objections do not alter the outcome, the Court need not decide them.