## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

SANTONIO TURNER                                                                                  PETITIONER

v.                                    NO. 5:14CV00085 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

### JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs.

IT IS SO ORDERED this 15th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE