**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SANTONIO TURNER                                                                                    PETITIONER

v.                                            NO. 5:14CV00085 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Santonio Turner's motion to vacate or alter judgment is DENIED. Document #27.

IT IS SO ORDERED this 24th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE